THE HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, a foreign insurer, and THE OHIO CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSTRUCTION LOAN SERVICES II, LLC d/b/a BUILDERS CAPITAL, a Washington Limited Liability Company; H.A.T., LLC, a Washington Limited Liability Company, ROBERT HADLEY, CURT ALTIG, and ROBERT TRENT and their respective marital communities and SACHIN LATAWA and SHIKHA KOTHARI, husband and wife, and their marital community composed thereof,<br><br>Defendants. | No. 2:20-cv-01092 BJR<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

The parties, through their undersigned counsel, stipulate to the dismissal of this action, including all claims that were alleged and all claims that could have been alleged herein.

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:20-cv-01092 BJR) – 1

| | | |
|---|---|---|
| 1 | Dated  February 3, 2021 | *s/ Michael E. Gossler* |
| 2 | | Michael E. Gossler, WSBA #11044 |
| | | Henry G. Ross, WSBA #51591 |
| 3 | | Montgomery Purdue Blankinship & Austin PLLC |
| 4 | | 701 Fifth Avenue, Suite 5500 |
| | | Seattle, WA 98104-7096 |
| 5 | | 206-682-7090 T | 206-625-9534 F |
| 6 | | mgossler@mpba.com |
| | | hross@mpba.com |
| 7 | | |
| | | Attorneys for Defendants Construction Loan |
| 8 | | Services and H.A.T. LLC |

Dated  February 3, 2021            *s/  John M. Silk*
                                                          John M. Silk, WSBA No. 15035
                                                          Wilson Smith Cochran Dickerson
                                                          901 Fifth Avenue, Suite 1700
                                                          Seattle, WA  98164-2050
                                                          206-623-4100 T | 206-623-9273 F
                                                          silk@wscd.com
                                                          Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:20-cv-01092 BJR) – 2

ORDER

Based on the foregoing stipulation between Plaintiffs and Defendants Construction Loan Services II, LLC and H.A.T., LLC (Dkt. No. 30), as well as an earlier stipulation filed in this matter between Plaintiffs and Defendants Sachin Latawa and Shikha Kothari (Dkt. No. 22), the court DISMISSES this action, including all claims that were alleged and all claims that could have been alleged herein, with each party to bear their own costs and attorneys' fees.

DATED this 11th day of February, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge